IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


TITAN ENGINEERING & CONSTRUCTION,
LLC, *et al.*                                                                          PLAINTIFFS

v.                                             CIVIL ACTION NO. 2:16-CV-162-KS-MTP

VANEGAS ENTERPRISES, INC.                                        DEFENDANT


ORDER

The parties notified the Court that they reached a settlement in this matter, but
they require sixty days to finalize and consummate the settlement. The Court stays all
pending deadlines until **July 31, 2017,** for the parties to finalize and consummate the
settlement. The parties shall provide the Court a written status report on or before
**July 24, 2017**.

SO ORDERED AND ADJUDGED this ___30th___ day of ___May___, 2017.


___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE